**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Christine M. Arguello**

Civil Action No. 11-cv-01818-CMA-BNB

SANDRA J. MUJICA,

      Plaintiff,

v.

AURORA LOAN SERVICES, LLP,

      Defendant.

_____

## ORDER OF DISMISSAL WITH PREJUDICE

_____

      Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii) and the

Stipulation for Dismissal of Action With Prejudice (Doc. # 3) signed by the attorneys for

the parties hereto, it is

      ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay

her or its own costs and attorney's fees.

      DATED:  July __15__, 2011

                         BY THE COURT:

                         _____
                         CHRISTINE M. ARGUELLO
                         United States District Court Judge